**DELDAR LEGAL**
P. David Cienfuegos (CA SBN 225394)
*dcienfuegos@deldarlegal.com*
Robert M. Klein (CA SBN 112807)
*rklein@deldarlegal.com*
10866 Wilshire Blvd., Suite 740
Los Angeles, California 90024
Telephone: (844) 335-3271

Attorneys for Plaintiff RUSSELL LATTA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL LATTA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> RYOBI TECHNOLOGIES, INC., a Delaware corporation; ONE WORLD TECHNOLOGIES, INC. D.B.A. TECHTRONIC INDUSTRIES POWER EQUIPMENT, a Delaware corporation, HOME DEPOT U.S.A., INC., a Delaware Corporation, <br><br> Defendant | No.: 2:21−CV−01989−MCE−CKD <br><br> **JOINT STIPULATION AND ORDER** |

**1**

**NO.: 2:21−CV−01989−MCE−CKD**
**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record herein, that the pretrial scheduling order dates be amended as follows:

| | |
|---|---|
| Close of Fact Discovery | October 1, 2023 |
| ADR Completion | November 1, 2023 |
| Close of Expert Discovery | November 30, 2023 |
| Last Day to Supplement Expert Witnesses | December 30, 2023 |
| Last Day to file Joint Notice of Trial Readiness | January 29, 2024 |
| Length of Trial | 3-days |

The Parties have agreed to this stipulation.

The parties respectfully request that the Court grant this extension of the discovery deadline so that the case may proceed on a date convenient for all.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for Plaintiff hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Defendants' counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

Dated:  August 17, 2023         **DELDAR LEGAL**


By: /s/__P. David Cienfuegos_____
P. David Cienfuegos
Attorneys for Plaintiff
RUSSELL LATTA

2

NO.: 2:21−CV−01989−MCE−CKD
**STIPULATION AND ORDER**

Dated:  August 17, 2023   **RILEY SAFER HOLMES & CANCILA LLP**

By: /s/ Jeffrey R. Williams
 Jeffrey R. Williams
 Attorneys for Defendants
 TTI CONSUMER POWER TOOLS, INC. (erroneously sued as RYOBI TECHNOLOGIES, INC., and ONE WORLD TECHNOLOGIES, INC. D.B.A. TECHTRONIC INDUSTRIES POWER EQUIPMENT) and HOME DEPOT U.S.A, INC.

# ORDER

The Parties' Joint Stipulation is Granted. The deadline to complete discovery shall be October 1, 2023. All additional dates shall run pursuant to the Court's initial pretrial scheduling order, and the case management schedule set forth below is hereby ordered:

| | |
|---|---|
| Close of Fact Discovery | October 1, 2023 |
| ADR Completion | November 1, 2023 |
| Close of Expert Discovery | November 30, 2023 |
| Last Day to Supplement Expert Witnesses | December 30, 2023 |
| Last Day to file Joint Notice of Trial Readiness | January 29, 2024 |
| Length of Trial | 3-days |

IT IS SO ORDERED.

Dated:  August 17, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE