| | |
|---|---|
| **DELDAR LEGAL**<br>P. David Cienfuegos (CA SBN 225394)<br>*dcienfuegos@deldarlegal.com*<br>Robert M. Klein (CA SBN 112807)<br>*rklein@deldarlegal.com*<br>10866 Wilshire Blvd., Suite 740<br>Los Angeles, California 90024<br>Telephone: (844) 335-3271<br>Service: *litigation@deldarlegal.com*<br><br>Attorneys for Plaintiff RUSSELL LATTA | **RILEY SAFER HOLMES & CANCILA LLP**<br>Jeffrey R. Williams (CSB No. 084156)<br>*jwilliams@rshc-law.com*<br>David Kempen<br>*dkempen@rshc-law.com*<br>Mari Gomez<br>*mgomez@rshc-law.com*<br>456 Montgomery Street, 16th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 275-8550<br><br>Attorneys for Defendants TTI CONSUMER POWER TOOLS, INC. (erroneously sued as RYOBI TECHNOLOGIES, INC., and ONE WORLD TECHNOLOGIES, INC. D.B.A. TECHTRONIC INDUSTRIES POWER EQUIPMENT) and HOME DEPOT U.S.A, INC. |

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL LATTA, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RYOBI TECHNOLOGIES, INC., a Delaware corporation; ONE WORLD TECHNOLOGIES, INC. D.B.A. TECHTRONIC INDUSTRIES POWER EQUIPMENT, a Delaware corporation, HOME DEPOT U.S.A., INC., a Delaware Corporation,<br><br>　　　　Defendant | No.: 2:21−CV−01989−MCE−CKD<br><br>**ORDER ON STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Judge:　　Hon. Morrison C. England, Jr.<br>　　　　　Senior United States District Judge<br><br>Action Filed:　October 26, 2021 |

Pursuant to Local Rule 271, the parties' stipulation is adopted as the order of this Court. Not later than ten (10) days following the date this Order is electronically filed, the parties shall initiate participation in the court's Voluntary Dispute Resolution Program ("VDRP") by contacting the court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov.

IT IS SO ORDERED.

Dated:  December 14, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE