**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**BEFORE THE HONORABLE DENA M. COGGINS**

```
RUSSELL LATTA,                          No. 2:21-CV-01989-DC-CKD

        Plaintiff,

    v.                                  MINUTES

TTI CONSUMER POWER TOOLS, INC.,         Date: June 24, 2025
et al.,
        Defendants.
_____/
```

**Courtroom Deputy**:   C. Schultz

**Court Reporter**:   Jennifer Coulthard

**Counsel for Plaintiff**:

P. David Cienfuegos

**Counsel for Defendant J. Romary**:

Jeffrey Williams

David Kempen

(Assisted by Paralegal Kavya Kodungallur)

**JURY TRIAL (Day 2):**

| | |
|---|---|
| 9:10 a.m. | All parties present as noted above. Plaintiff, Russell Latta, present. Defendant Representative, Chip Winchester, present. Outside the presence of the Jury, the court and counsel discussed matters related to trial. |
| 9:15 a.m. | Jury present. Mr. Cienfuegos continued his direct examination of Plaintiff's previously sworn witness, Dr. Wade Lanning, Ph.D. |
| 9:33 a.m. | Mr. Cienfuegos offered Dr. Lanning as an expert. |
| 9:35 a.m. | Mr. Williams began *voir dire* of the witness. |

| | |
|---|---|
| 9:48 a.m. | After completing his *voir dire,* Mr. Williams objected to Plaintiff's request that Dr. Lanning be allowed to provide expert testimony. Over defense objection, the court granted Plaintiff's request and ordered that Dr. Lanning is qualified to testify as an expert in the areas stated on the record. |
| 9:49 a.m. | Mr. Cienfuegos continued his direct examination of Dr. Lanning. |
| 10:19 a.m. | Jury excused for a morning break. Outside the presence of the Jury, the court and counsel discussed matters related to trial. |
| 10:20 a.m. | All parties excused for a morning break. |
| 10:40 a.m. | Court back in session. All parties present. Jury present. Mr. Cienfuegos continued his direct examination of Dr. Lanning. |
| 11:15 a.m. | Mr. Williams began his cross examination. |
| 12:00 p.m. | The court excused the Jury for a lunch break. Outside the presence of the Jury, the court and counsel discussed matters related to trial. |
| 12:01 p.m. | All parties excused for a lunch break. |
| 1:30 p.m. | Court back in session. All parties present. Jury present. Mr. Williams continued his cross examination of Dr. Lanning. |
| 1:48 p.m. | Mr. Cienfuegos began his redirect examination. |
| 1:55 p.m. | Witness excused. Plaintiff rested. Defendant's witness, James Chen, M.D., was sworn and testified on direct. (Examination conducted by Mr. Kempen.) |
| 1:58 p.m. | Mr. Kempen offered Dr. Chen as an expert. Without objection, the court granted Defendant's request and ordered that Dr. Chen is qualified to testify as an expert in the areas stated on the record. |
| 1:59 p.m. | Mr. Kempen continued his direct examination of Dr. Chen. |
| 2:07 p.m. | Mr. Cienfuegos began his cross examination. |

| | |
|---|---|
| 2:10 p.m. | Witness excused. Defendant's witness, Chip Winchester, was sworn and testified on direct. (Examination conducted by Mr. Williams.) |
| 2:28 p.m. | The court excused the Jury for an afternoon break. Outside the presence of the Jury, the court and counsel discussed matters related to trial. |
| 2:30 p.m. | All parties excused for an afternoon break. |
| 2:50 p.m. | Court back in session. All parties present. Outside the presence of the Jury, the court and counsel discussed matters related to trial. |
| 2:55 p.m. | Jury present. Mr. Williams continued his direct examination of Mr. Winchester. |
| 3:35 p.m. | Mr. Cienfuegos began his cross examination. |
| 3:55 p.m. | Mr. Williams began his redirect examination. |
| 3:58 p.m. | Mr. Cienfuegos began his recross examination. |
| 4:00 p.m. | Witness excused. The court admonished and excused the Jury until 10:00 a.m. on June 25, 2025. Outside the presence of the Jury, the court and counsel discussed matters related to trial. |
| 4:05 p.m. | All parties excused for evening recess. Jury Trial (Day 3) set for June 25, 2025, at 9:00 a.m. |

**ADMITTED EXHIBITS:**

JX-3, JX-4, JX-6, JX-8, and
Exhibit 5 (Bates Stamp: P2050002)
Exhibit 5 (Bates Stamp: P2050003)
Exhibit 5 (Bates Stamp: P2050005)
Exhibit 5 (Bates Stamp: P2050006)
Exhibit 5 (Bates Stamp: P2050007)
Exhibit 5 (Bates Stamp: P2050018)
Exhibit 5 (Bates Stamp: P2060138)
Exhibit 5 (Bates Stamp: P2060213)
Exhibit 5 (Bates Stamp: P2060236)
Exhibit 5 (Bates Stamp: P2060240)
Exhibit 5 (Bates Stamp: P2060261)
Exhibit 5 (Bates Stamp: P2060263)
Exhibit 5 (Bates Stamp: P2060267)
Exhibit 5 (Bates Stamp: P2060276)

**TIME IN COURT**: 4 Hours, 45 Minutes