## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**RUSSELL LATTA,**

      v.

CASE NO: **2:21–CV–01989–DC–CKD**

**TTI CONSUMER POWER TOOLS, INC., ET AL.,**

**Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 6/26/2025**

ENTERED: **June 27, 2025**

                    by: /s/ **Keith Holland**
                         Clerk of Court